# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRITNEY IDELL, | ) | 1:12-cv-00431 AWI SKO |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| CITY OF FRESNO, et al., | ) | (Document 4) |
| Defendants. | ) | |

By application filed on April 4, 2012, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, (Document 4). Plaintiff has submitted an application that makes the showing required by § 1915 (a). Accordingly, the request to proceed in forma pauperis IS GRANTED. 28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:** April 4, 2012              /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

1